1   Alexander W. Munn, Esq. (166915)
    *awmunn@bpelaw.com*
2   **BPE LAW GROUP, PC**
    2339 Gold Meadow Way, Suite 101
3   Gold River, CA 95670
    Tel. 916.966.2260
4   Fax 916.346.4880

5
    Attorneys for Plaintiff
6   K.C. CARVALHO

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  K.C. CARVALHO, an Individual,           )   Case No.: CASE 2:16-CV-00618-TLN-EFB
                                            )
12                      Plaintiff,          )   **STIPULATION TO CONTINUE HEARING
                                            )   DATE ON DEFENDANT'S MOTION TO
13  vs.                                     )   DISMISS, AND ORDER**
                                            )
14  WELLS FARGO BANK, N.A.; and DOES 1      )   Original Hearing Date:      May 5, 2016
    through 25,                             )   Time:                       2:00 p.m.
15                                          )   Ctrm:                       2, 15th Floor
                                            )
16                      Defendants.         )
                                            )   Stipulated Date:            June 2, 2016
17                                          )   Time:                       2:00 p.m.
                                            )   Ctrm:                       2, 15th Floor
18                                          )
                                            )   Assigned to: Hon. Troy L. Nunley
19                                          )
                                            )
20                                          )
                                            )
21                                          )

22       The Parties hereby STIPULATE that Defendant WELLS FARGO BANK, N.A.'s Motion to

23  Dismiss, currently to be heard on May 5, 2016, be continued to Thursday, June 2, 2016.

24       **IT IS HEREBY STIPULATED.**

25  ///

26  ///

27  ///

28  ///

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully Submitted,

BPE LAW GROUP, P.C.

Dated: April 18, 2016

By: */s/ Alexander W. Munn*
Alexander W. Munn, Esq.
awmunn@bpelaw.com
Attorneys for Plaintiff
K.C. Carvalho

Respectfully Submitted,

ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN LLP

Dated:_____

By: */s/ David M. Newman (approved on April 14, 2016)*
David M. Newman, Esq.
dnewman@afrct.com
Attorneys for Defendant
Wells Fargo, N.A.

**IT IS SO ORDERED,**

Dated: April 19, 2016

Troy L. Nunley
United States District Judge