Alexander W. Munn, Esq. (166915)
 *awmunn@bpelaw.com*
**BPE LAW GROUP, PC**
2339 Gold Meadow Way, Suite 101
Gold River, CA 95670
Tel. 916.966.2260
Fax 916.346.4880

Attorneys for Plaintiff
K.C. CARVALHO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.C. CARVALHO, an Individual,<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; and DOES 1 through 25,<br><br>    Defendants. | Case No.: CASE 2:16-CV-00618-TLN-EFB<br><br>Assigned to Hon. Troy L. Nunley<br><br>**STIPULATION TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION TO DISMISS**<br><br>Continued Hearing Date:  June 2, 2016<br>Time:   2:00 p.m.<br>Ctrm:   2, 15th Floor<br><br>Stipulated Date:  July 14, 2016<br>Time:   2:00 p.m.<br>Ctrm:   2, 15th Floor |

    The Parties hereby STIPULATE that Defendant WELLS FARGO BANK, N.A.'s Motion to Dismiss, currently to be heard on June 2, 2016, be continued to July 14, 2016.

    **IT IS HEREBY STIPULATED.**

///

///

///

Respectfully Submitted,

BPE LAW GROUP, P.C.

Dated: May 18, 2016

By: */s/ Alexander W. Munn*
Alexander W. Munn, Esq.
awmunn@bpelaw.com
Attorneys for Plaintiff
K.C. Carvalho

Respectfully Submitted,

ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN LLP

Dated: May 18, 2016

By: */s/ David M. Newman (approved on May 18, 2016)*
David M. Newman, Esq.
dnewman@afrct.com
Attorneys for Defendant
Wells Fargo, N.A.

**IT IS SO ORDERED.**

Dated: May 19, 2016

_____
Troy L. Nunley
United States District Judge