Alexander W. Munn, Esq. (166915)
 awmunn@bpelaw.com
**BPE LAW GROUP, PC**
2339 Gold Meadow Way, Suite 101
Gold River, CA 95670
Tel. 916.966.2260
Fax 916.346.4880

Attorneys for Plaintiff
K.C. CARVALHO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.C. CARVALHO, an Individual, | Case No.: CASE 2:16-CV-00618-TLN-EFB |
| Plaintiff, | Assigned to Hon. Troy L. Nunley |
| vs. | **STIPULATION AND ORDER TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION TO DISMISS** |
| WELLS FARGO BANK, N.A.; and DOES 1 through 25, | |
| | Continued Hearing Date:  July 14, 2016  Time:  2:00 p.m.  Ctrm:  2, 15th Floor |
| Defendants. | |
| | Stipulated Date:  August 25, 2016  Time:  2:00 p.m.  Ctrm:  2, 15th Floor |

The Parties hereby STIPULATE that Defendant WELLS FARGO BANK, N.A.'s Motion to Dismiss, currently to be heard on July 14, 2016, be continued to August 25, 2016. This Stipulation is based upon the Parties continued diligent settlement negotiations. The Parties believe the entire matter can be resolved prior to the continued hearing date.

**IT IS HEREBY STIPULATED.**

///

Respectfully Submitted,

BPE LAW GROUP, P.C.

Dated: June 30, 2016         By: */s/ Alexander W. Munn*
                             Alexander W. Munn, Esq.
                             awmunn@bpelaw.com
                             Attorneys for Plaintiff
                             K.C. Carvalho

Respectfully Submitted,

ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN LLP

Dated: June 30, 2016         By: */s/ David M. Newman (approved on June 30, 2016)*
                             David M. Newman, Esq.
                             dnewman@afrct.com
                             Attorneys for Defendant
                             Wells Fargo, N.A.

**IT IS SO ORDERED.**

Dated: July 7, 2016

_____
Troy L. Nunley
United States District Judge