Alexander W. Munn, Esq. (166915)
 awmunn@bpelaw.com
**BPE LAW GROUP, PC**
2339 Gold Meadow Way, Suite 101
Gold River, CA 95670
Tel. 916.966.2260
Fax 916.346.4880

Attorneys for Plaintiff
K.C. CARVALHO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.C. CARVALHO, an Individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; and DOES 1 through 25,<br><br>　　　　　Defendants. | Case No.: CASE 2:16-CV-00618-TLN-EFB<br><br>Assigned to Hon. Troy L. Nunley<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION TO DISMISS**<br><br>Continued Hearing Date:　August 25, 2016<br>Time:　　　　　　　　　2:00 p.m.<br>Ctrm:　　　　　　　　　2, 15th Floor<br><br>Stipulated Date:　　　　October 6, 2016<br>Time:　　　　　　　　　2:00 p.m.<br>Ctrm:　　　　　　　　　2, 15th Floor |

　　　The Parties hereby STIPULATE that Defendant WELLS FARGO BANK, N.A.'s Motion to Dismiss, currently to be heard on August 25, 2016, be continued to October 6, 2016. This Stipulation is based upon the Parties continued diligent settlement negotiations. The Parties believe the entire matter can be resolved prior to the continued hearing date.

　　　The parties have, in essence, resolved this matter. Defendant Wells has agreed to reinstate the two loans in question in exchange for Plaintiff Carvalho's payment of past due funds. Plaintiff Carvalho, on

July 26, 2016, made payment to Wells to reinstate the senior loan, which Wells accepted and acknowledged. Counsel for Wells is currently waiting to obtain the reinstatement amount from his client for the remaining junior loan, which will be paid by Plaintiff. Thereafter, the matter will be fully resolved and the case dismissed.

**IT IS HEREBY STIPULATED.**

Respectfully Submitted,

BPE LAW GROUP, P.C.

Dated: August 10, 2016              By: */s/ Alexander W. Munn*
                                    Alexander W. Munn, Esq.
                                    awmunn@bpelaw.com
                                    Attorneys for Plaintiff
                                    K.C. Carvalho


Respectfully Submitted,

ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN LLP

Dated: August 10, 2016              By: */s/ David M. Newman (approved on August 10, 2016)*
                                    David M. Newman, Esq.
                                    dnewman@afrct.com
                                    Attorneys for Defendant
                                    Wells Fargo, N.A.

**IT IS SO ORDERED.**

Dated: August 11, 2016

_____
Troy L. Nunley
United States District Judge

STIPULATION AND ORDER TO CONTINUE HEARING DATE
CASE NO.: 2:16-CV-00618-TLN-EFB